```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00991
   CHAD C CARPENTER
   GWEN M CARPENTER                       CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-0354    SSN XXX-XX-7236
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/17/08 and confirmed on 04/04/08.

2. The case was dismissed after confirmation, 01/30/2009.

3. The Debtor paid a total of $ 11000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARRINGTON MORTGAGE SERV | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | SECURED | .00 | .00 | .00 |
| WOLIN LEVIN | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 8777.45 | 305.78 | 6299.22 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9671.41 | 200.89 | 914.72 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | 2412.96 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2393.58 | .00 | .00 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |
| CEFCU | UNSECURED | 1040.92 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5928.34 | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1469.49 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 300.00 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DOGONE FUN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1678.94 | .00 | .00 |
| GOOD SHEPHARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2982.65 | .00 | .00 |
| CAPITAL RECOVERY ONE | UNSECURED | 540.22 | .00 | .00 |
| MACYS RETAIL HOLDINGS IN | UNSECURED | 1135.67 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST SERVICE BUREAU I | UNSECURED | 534.80 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

```
NORTHLAND GROUP              UNSECURED       NOT FILED          .00         .00
ROGERS & HOLLAND             UNSECURED          901.47          .00         .00
ROUNDUP FUNDING LLC          UNSECURED          831.73          .00         .00
ROUNDUP FUNDING LLC          UNSECURED       NOT FILED          .00         .00
B LINE LLC                   UNSECURED         2262.66          .00         .00
THE CHICAGO DEPT OF REVE     UNSECURED          100.00          .00         .00
COMED                        UNSECURED       NOT FILED          .00         .00
SWANSON SEALCOAT             UNSECURED       NOT FILED          .00         .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        10059.36          .00         .00
ECMC                         UNSECURED             .00          .00         .00
PORTFOLIO RECOVERY ASSOC     UNSECURED         4418.13          .00         .00
INTERNAL REVENUE SERVICE     UNSECURED         1817.71          .00         .00
ASSET ACCEPTANCE CORP        UNSECURED        10998.97          .00         .00
ASSET ACCEPTANCE CORP        UNSECURED          781.78          .00         .00
WORLD FINANCIAL NETWORK      UNSECURED         1128.40          .00         .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 8777.45  | 9671.41  | 53717.78  | .00   | 72166.64 |
| PRINCIPAL PAID     | 6299.22  | 914.72   | .00       | .00   | 7213.94  |
| INTEREST PAID      | 305.78   | 200.89   | .00       | .00   | 506.67   |
| TOTAL PAID         | 6605.00  | 1115.61  | .00       | .00   | 7720.61  |

The Debtor's attorney, HITCHCOCK & ASSOCIATES , was allowed $ 3500.00 and was paid $ 841.50 direct and $ 2658.50 through the plan.

The Trustee received $ 620.89 .

Refunds to the Debtor totaled $ .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/12/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                        PAGE   3
   CASE NO. 08 B 00991 CHAD C CARPENTER & GWEN M CARPENTER
```